**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Elaine Kay Maier

                                    Plaintiff,

v.                                           Case No.:
                                           1:25–cv–07534

                                           Honorable Jorge L.
                                           Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court denies without prejudice Defendant's motion to dismiss [40] on the basis of improper joinder. The Court agrees with the logic set out by Judge Durkin in a recent oral ruling concerning a similar motion. Hein v. Schedule A, 25–cv–12608, ECF No. 39. Specifically, at this early stage of the case, the Court is satisfied that the complaint adequately pleads sufficient facts supporting permissive joinder. To the extent Defendants can point to prejudice of joinder at a later time in either discovery or at trial, or the facts elicited through discovery confirm that joinder is inappropriate, the Court will revisit this decision. Defendants shall file their answer to the complaint within 28 days. By 4/17/26 the parties shall file a joint status report. A template for the Initial Status Report, setting forth the information required, may be found at http://www.ilnd.uscourts.gov/Judges.aspx by clicking on Judge Alonso's name and then again on the link entitled 'Initial Status Hearings. The Court sets an initial status hearing for 4/22/26 at 9:30 AM. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 650–479–3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.