**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ELAINE KAY MAIER,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:25-cv-07534<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Albert Berry, III |

**PLAINTIFF'S MOTION TO REINSTATE CIVIL ACTION NO. 1:25-cv-07534**

Plaintiff, Elaine Kay Maier ("Plaintiff"), respectfully moves the Court to reinstate this action for the limited purpose of entering the agreed Consent Judgment against Defendant Nos. 1 MONISUN ART et al.[1] (the "Defendants"), who settled Plaintiff's claims but failed to pay the settlement amount to which they agreed.

Plaintiff and the Defendants executed a settlement agreement resolving Plaintiff's claims against them and promptly notified the Court. [59]. The Court subsequently dismissed the case without prejudice with leave to reinstate by August 19, 2026. [60]. Defendants agreed to pay the

[1]The "Settling Defendants" are Defendant Nos. 1 MONISUN ART, 2 Oil Painting Arts, 3 YFFS Art Painting, 5 Artistic Life Local, 6 HHY Art Painting, 13 LIYI WALL ART, 14 Fish Fish Wall Art, 15 Blackberry Canvas Painting Shop, 17 WaLLICA, 18 Fine great art, 20 Classic CanvasArt, 23 Fine Wall Art, 25 HDL WALL ART, 30 cocoart shop, 31 HHW Art Painting, 33 Luxe Fine Art, 34 Glorystar Art Printing, 35 GREAT ARTISTE, 36 Pensouth shop, 37 Art Life Printing, 38 LYL ART, 39 LCR ART, 42 Hittie, 43 HDE Art Painting, 47 DANIFY, 68 Fun Supply Wall Art, 69 FishGirl Wall Art, 71 Canvas Reflections, 72 Artistic creator, 73 LWT ART, 74 GTMA WALL ART, 75 SJFC Art Painting, 76 NB poster, 77 Fishbabe Wall Art, 80 GX ART, 81 FINE Decorative Picture, 82 poster good, 85 Beautiful poster house, 88 Anan decorative painting, 89 ENERGIES, 90 DESSERTES, 91 METALES, 98 TOHOMA, 110 GRAPESSS, 114 BJHG Mall, 116 JJJ Wall Decor, 117 Dragon Wall Art, 119 Jwallart, 125 Blooming means blooming, 127 Holiday decoration posters, 128 Happyposter, 137 BkFuture, 138 Magical paintings, 139 LLX ART, 140 LGYING ART, 142 The poster looks great, 143 Fish Anime Wall Art, 144 Firstmeet Poster, 146 LuckyStar Wall Art, 170 rainbow poster art, 171 Snail Drawing Poster, and 176 Meet Art poster.

settlement amount by July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

Consistent with the Parties' agreement, and with Defendants' consent, Plaintiff concurrently files herewith a motion for entry of the proposed Consent Judgment, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested. Reinstatement is therefore warranted so that the Court may enter the agreed Consent Judgment to which the Defendants already consented. Once the Consent Judgment is entered, no defendants will remain, and this action may again be closed.

WHEREFORE, Plaintiff respectfully requests that the Court reinstate this action as to the Defendants for the limited purpose of entering the agreed Consent Judgment attached to Plaintiff's concurrently filed Agreed Motion for Entry of Consent Judgment.

DATED: August 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 18, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt