**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ELAINE KAY MAIER,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-07534

Judge Jorge L. Alonso

Magistrate Judge Albert Berry, III

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | MONISUN ART |
| 2 | Oil Painting Arts |
| 5 | Artistic Life Local |
| 6 | HHY Art Painting |
| 14 | Fish Fish Wall Art |
| 15 | Blackberry Canvas Painting Shop |
| 17 | WaLLICA |
| 18 | Fine great art |
| 20 | Classic CanvasArt |
| 23 | Fine Wall Art |
| 25 | HDL WALL ART |
| 30 | cocoart shop |
| 33 | Luxe Fine Art |
| 34 | Glorystar Art Printing |
| 35 | GREAT ARTISTE |
| 36 | Pensouth shop |
| 37 | Art Life Printing |
| 38 | LYL ART |
| 39 | LCR ART |
| 42 | Hittie |

| | |
|---|---|
| 47 | DANIFY |
| 68 | Fun Supply Wall Art |
| 69 | FishGirl Wall Art |
| 71 | Canvas Reflections |
| 72 | Artistic creator |
| 73 | LWT ART |
| 74 | GTMA WALL ART |
| 75 | SJFC Art Painting |
| 76 | NB poster |
| 77 | Fishbabe Wall Art |
| 80 | GX ART |
| 81 | FINE Decorative Picture |
| 82 | poster good |
| 85 | Beautiful poster house |
| 88 | Anan decorative painting |
| 89 | ENERGIES |
| 90 | DESSERTES |
| 91 | METALES |
| 98 | TOHOMA |
| 110 | GRAPESSS |
| 114 | BJHG Mall |
| 116 | JJJ Wall Decor |
| 117 | Dragon Wall Art |
| 119 | Jwallart |
| 125 | Blooming means blooming |
| 127 | Holiday decoration posters |
| 128 | Happyposter |
| 137 | BkFuture |
| 138 | Magical paintings |
| 139 | LLX ART |
| 140 | LGYING ART |
| 142 | The poster looks great |
| 143 | Fish Anime Wall Art |
| 144 | Firstmeet Poster |
| 146 | LuckyStar Wall Art |
| 170 | rainbow poster art |
| 171 | Snail Drawing Poster |
| 176 | Meet Art poster |

DATED: November 4, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 4, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt